IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN
_____

TROY J. OLMSTEAD,

                Plaintiff,

   v.                                                               ORDER
                                                                    07-C-388-S

WILLIAM POLLARD, OFFICER WILLEMON,
PETE ERICKSEN, JODINE PERTTU, KATHLEEN
BIERKE, MS. PALMER, MR. KIEULKE, MR. DUROFF,
CAPT. MASON and GARY BROUGHTON,

                Defendants.
_____

    Plaintiff moves to compel defendants to answer interrogatories and to produce documents. The Court has reviewed plaintiff's interrogatories and requests for production of documents and defendants' responses. The Court finds that defendants have produced adequate responses to the requests. Accordingly, plaintiff's motion to compel discovery will be denied.


                                        ORDER

    IT IS ORDERED that plaintiff's motion to compel discovery is DENIED.

    Entered this 7th day of November, 2007.

                                      BY THE COURT:

                                        /s/

                                   _____
                                   JOHN C. SHABAZ
                                   District Judge