```
               IN THE UNITED STATES DISTRICT COURT

            FOR THE WESTERN DISTRICT OF WISCONSIN
_____
TROY J. OLMSTEAD,

                         Plaintiff,

     v.                                               ORDER
                                                   07-cv-388-jcs
WILLIAM POLLARD, OFFICER WILLEMON,
PETE ERICKSEN, JODINE PERTTU, KATHLEEN
BIERKE, MS. PALMER, MR. KIEULKE, MR. DUROFF,
CAPT. MASON and GARY BROUGHTON,

                         Defendants.
_____
```

The above entitled action was dismissed without prejudice for plaintiff's failure to serve the defendants. Plaintiff moves reconsideration. Plaintiff has not shown that he has served the defendants pursuant to Rule 4, Federal Rules of Civil Procedure. Since his complaint was dismissed without prejudice he can refile it when he is able to properly serve the defendants.

ORDER

IT IS ORDERED that plaintiff's motion for reconsideration is DENIED.

Entered this 29th day of November, 2007.

BY THE COURT:

/s/

_____
JOHN C. SHABAZ
District Judge